1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 DUANE A SINGLETON,                    No C-09-4471 VRW (PR)
12        Plaintiff,
13     v                                 ORDER OF DISMISSAL
14 CALIFORNIA DEPARTMENT OF
   CORRECTIONS AND REHABILITATION,
15
16        Respondent.
                                    /
17
18        This civil rights action by a prisoner was filed on
19 September 22, 2009.  Doc #1.  The court notified plaintiff in
20 writing at that time, and again on December 18, 2009, that the
21 action was deficient because he did not pay the requisite $ 350.00
22 filing fee or, instead, submit a signed and completed court-approved
23 in forma pauperis application, including a completed certificate of
24 funds in his prison account and a copy of his prison trust account
25 statement for the last six months.  See 28 USC § 1915(a)(2).
26 Plaintiff was advised that failure to file the requested items
27 within thirty days would result in dismissal of the action.  Doc ##
28

1  2 & 5.  On November 23, 2009, and again on January 11, 2010, the
 2  notices sent by the court was returned as undeliverable to
 3  plaintiff.  Doc ## 4 & 6.
 4          More than four months have elapsed since plaintiff was
 5  first notified of his filing deficiency; however, he has not
 6  provided the court with the requisite items, or sought an extension
 7  of time to do so.  Further, plaintiff has failed to provide the
 8  court with a current mailing address.
 9          Because more than sixty days have passed since the court's
10  initial notice to plaintiff was returned as undeliverable, the
11  action is DISMISSED without prejudice pursuant to Civil Local Rule
12  3-11(b).
13          The clerk shall close the file and terminate all pending
14  motions as moot.
15
16
17          IT IS SO ORDERED.
18
19                                  _____
20                                  VAUGHN R WALKER
                                    United States District Chief Judge
21
22
23
24
25
26  G:\PRO-SE\VRW\CR.09\Singleton-09-4471.dismissal-ifp-address.wpd
27
28                                  2