IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A SINGLETON, | No C-09-4471 VRW (PR) |
| Plaintiff, | |
| v | ORDER OF DISMISSAL |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. / | |

This civil rights action by a prisoner was filed on September 22, 2009. Doc #1. The court notified plaintiff in writing at that time, and again on December 18, 2009, that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc ##

2 & 5.  On November 23, 2009, and again on January 11, 2010, the notices sent by the court was returned as undeliverable to plaintiff.  Doc ## 4 & 6.

    More than four months have elapsed since plaintiff was first notified of his filing deficiency; however, he has not provided the court with the requisite items, or sought an extension of time to do so.  Further, plaintiff has failed to provide the court with a current mailing address.

    Because more than sixty days have passed since the court's initial notice to plaintiff was returned as undeliverable, the action is DISMISSED without prejudice pursuant to Civil Local Rule 3-11(b).

    The clerk shall close the file and terminate all pending motions as moot.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.09\Singleton-09-4471.dismissal-ifp-address.wpd

2