UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A SINGLETON,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPT OF CORRECTIONS et al,<br><br>        Defendant. | Case Number: C09-4471 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane A. Singleton ALX 572
Santa Rita County Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: January 29, 2010

                                                Richard W. Wieking, Clerk
                                                By: Cora Klein, Deputy Clerk

                                                *Cora Klein*